DOMINICK SAFFIOTI, Appellant, v. STATE OF NEW YORK, Respondent. (Motions Nos. M-12571, M-12760.) — Appeals

Herlihy, P. J., Reynolds, Staley, Jr., Greenblott and Sweeney, JJ., concur.